(112 So. 919)

O. C. BELL v. STATE. (8 Div. 475.) Court of Appeals of Alabama. April 19, 1927.

W. W. Haralson, Judge.

SAMFORD, J. Defendant was convicted of forgery. We have read this record, and, finding no prejudicial error, the judgment is affirmed. Affirmed.

(118 So. 922)

Willie BENNEFIELD v. STATE. (6 Div. 443.) Court of Appeals of Alabama. Oct. 9, 1928.

J. C. B. Gwin, Judge.

BRICKEN, P. J. Appeal abated; new trial granted by lower court.

(114 So. 919)

Will BENNETT v. STATE. (4 Div. 307.) Court of Appeals of Alabama. Nov. 15, 1927.

A. E. Gamble, Judge.

RICE, J. Appeal dismissed.

(113 So. 916)

Charles BENSON, alias, etc., v. STATE. (8 Div. 567.) Court of Appeals of Alabama. June 30, 1927.

James E. Horton, Judge. Zac. L. Drake, of Huntsville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The indictment charged this appellant, defendant below, with the offense of assault with intent to murder. On the trial of this case in the circuit court he was convicted as charged, and the court imposed a sentence of not less than 2 years' nor more than 4½ years' imprisonment in the penitentiary. From the judgment of conviction this appeal was taken. There is no bill of exceptions in this case, the appeal being rested upon the record proper. The record is regular and without error; therefore the judgment of conviction in the circuit court is affirmed. Affirmed.

(111 So. 923)

BERMAN BROS. IRON & METAL CO. et al. v. Joe, SAFER. (6 Div. 84.) Court of Appeals of Alabama. March 22, 1927.)

J. C. B. Gwin, Judge.

Barber & Barber, of Birmingham, for appellants.

Perry, Mims & Green, of Bessemer, for appellee.

Brief of counsel did not reach the Reporter.

RICE, J. Appeal by plaintiffs from the judgment of the court setting aside the verdict and judgment which they had obtained against the defendant in a detinue suit brought by them. The rule for granting or refusing motions for a new trial, on account of the verdict of the jury being against the weight of the evidence, as was alleged in the motion here, is too well known to require discussion at our hands. Let it suffice to say that we have carefully read the entire evidence and are not at all convinced that the trial court committed error. He saw and heard the witnesses, and we will not disturb his ruling. Let the judgment appealed from be affirmed. Affirmed.

(115 So. 922)

Willie BESHERSE v. STATE. (8 Div. 613.) Court of Appeals of Alabama. Jan. 31, 1928.

James E. Horton, Judge.

SAMFORD, J. Affirmed.

(116 So. 922)

Walter BEVELS v. STATE. (8 Div. 665.) Court of Appeals of Alabama. March 13, 1928.

James E. Horton, Judge. Distilling.

RICE, J. Affirmed.

(114 So. 920)

BIG FIVE BOTTLING WORKS et al. v. A. S. HAMILTON. (6 Div. 160.) Court of Appeals of Alabama. Dec. 13, 1927.

Romaine Boyd, Judge.

RICE, J. Affirmed.

(114 So. 920)

BIG FIVE BOTTLING WORKS et al. v. Lula HAMILTON. (6 Div. 161.) Court of Appeals of Alabama. Dec. 13, 1927.

Romaine Boyd, Judge. H. A. Burns, of Birmingham, for appellant. Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellee.

BRICKEN, P. J. This cause was tried and determined on October 15, 1926, judgment being rendered in favor of plaintiff (appellee) in the sum of $500. The defendant (appellant) gave notice of appeal to this court on November 12, 1926, and entered into an appeal bond as the law requires. The appeal has never been perfected, the cause here being upon certificate only, and is submitted upon motion to affirm. Under the status mentioned, the motion of appellee to affirm must prevail. It is so ordered. The judgment of the circuit court is affirmed. Affirmed.